

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

| | | |
|---|---|---|
| Ardeshir Parviz-Khyavi, | § | |
| Appellant, | § | No. 08-15-00304-CV |
| | § | Appeal from the |
| v. | § | 429th District Court |
| Elham Shojaee-Abolvardi, | § | of Collin County, Texas |
| Appellee. | § | (TC# 429-55587-2014) |
| | § | |

## **O R D E R**

Pending before the Court is the Parties' Agreed Motion to Abate Appeal. The motion is GRANTED. We therefore extend the abatement until August 19, 2016. The parties shall file their motion to dismiss the appeal or their motion for continuation of abatement on or before August 19, 2016.

IT IS SO ORDERED this 5th day of May, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.